McCALEB, J., thinks that a writ should be granted.

179 So.2d 274

**Angelina C. ACOSTA**

**v.**

**Cullen E. COLE et al.**

**No. 47965.**

Nov. 8, 1965.

In re: Angelina C. Acosta applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 178 So.2d 456.

Writ refused. No error of law.

179 So.2d 274

**Angelina C. ACOSTA**

**v.**

**Cullen E. COLE et al.**

**No. 47975.**

Nov. 8, 1965.

In re: Cullen E. Cole and Ethel R. Cole applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 178 So.2d 456.

Writ refused. Under the facts of this case the result reached by the Court of Appeal is correct.

McCALEB, J., thinks that a writ should be granted.

179 So.2d 274

**PITTMAN CONSTRUCTION COM-PANY, Inc.**

**v.**

**The CITY OF NEW ORLEANS.**

**No. 47960.**

Nov. 8, 1965.

In re: the City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 178 So.2d 312.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.